IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NOEL ROMERO DOYE,<br><br>      Plaintiff,<br><br>vs.<br><br>JASON COLVIN, Deputy Sheriff, CPT.<br>DUNCAN, Assistant Administrator,<br>NURSE PARKER, LIEUTENANT<br>BOYD, MR. FRANKS, Administrator<br>of the Jail / Warden, and LIBERTY<br>COUNTY SHERIFF'S DEPARTMENT,<br><br>      Defendants. | CIVIL ACTION NO. 408-174 |

## ORDER

The Court has conducted a _de novo_ review of the file in this matter along with the Report and Recommendation of the Magistrate Judge. The Court has further reviewed the objections to the Report and Recommendation filed by the plaintiff. The Court adopts the Report and Recommendation as the opinion of the Court.

Plaintiff's complaint shall be dismissed as to Nurse Parker and the Liberty County Sheriff's Department. The excessive force claims and the claim for denial of medical care shall proceed. Accordingly, the Clerk is directed to deliver a copy of the Report and Recommendation along with Doye's complaint to the U. S. Marshal for service upon Cpt. Duncan, Lt. Boyd, Deputy Colvin, and Warden Franks.

The Clerk shall prepare and file the appropriate judgments as to defendants Nurse

Parker and the Liberty County Sheriff's Department.

**SO ORDERED** this 7th day of April, 2009.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia