UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NOEL ROMERO DOYE, )
)
   Plaintiff, )
v. ) Case No. CV408-174
)
JASON COLVIN, *Sheriff Deputy*; )
CAPTAIN BRUCE DUNCAN, )
*Assistant Administrator*; )
LIEUTENANT LISA BOYD; and )
DOUG FRANKS, *Jail Administrator*; )
)
   Defendants. )

# ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 24 day of August, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA